IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00044-MSK-PAC

APRIL A. WILLIAMS,

    Plaintiff(s),

v.

BARTON LEASING, INC., a Colorado corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE BOYD N.  BOLAND**

    This matter is before the Court on the plaintiff's Unopposed Motion to Amend Scheduling Order and   Extend Deadline for Joinder of Parties and Amendment of Pleadings (Docket No.  20, Filed July 20, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**  The joinder of parties and amendment of pleadings deadline is extended to JULY 30, 2007.

Dated:  July 25, 2007